796 A.2d 257
IN THE MATTER OF WILLIAM B. SPARKS,
AN ATTORNEY AT LAW.

May 14, 2002.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–082, concluding that **WILLIAM B. SPARKS**

of **WOODBURY,** who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4(a)(failure to communicate), *RPC* 8.1(b)(failure to cooperate with ethics authorities) and *RPC* 8.4(c)(dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having further concluded that on reinstatement to practice, respondent should practice under supervision for a period of one year;

And good cause appearing;

It is ORDERED that **WILLIAM B. SPARKS** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective June 10, 2002; and it is further

ORDERED that on reinstatement to practice, respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.